No. 99–10145. DYE *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 99–10198. IRULA *v.* RENO, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 99–10268. MURPHY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–31. CHEVY CHASE LAND COMPANY OF MONTGOMERY COUNTY, MARYLAND *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 00–101. STRAND ET AL. *v.* VERIZON NORTH INC. ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–160. BRAZOS ELECTRIC POWER COOPERATIVE, INC. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–180. BURILOVICH ET UX., AS NEXT FRIENDS ON BEHALF OF THEIR SON, BURILOVICH *v.* BOARD OF EDUCATION OF THE LINCOLN CONSOLIDATED SCHOOLS ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–185. TORRENCE, INDIVIDUALLY AND AS LEGAL GUARDIAN FOR THE USE AND BENEFIT OF MINOR DAUGHTER, TORRENCE, AND AS ADMINISTRATRIX AT LAW OF THE ESTATE OF DECEASED HUSBAND, TORRENCE, ET AL. *v.* ORYX ENERGY CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–187. DORAN *v.* CARNIVAL CORP. C. A. 5th Cir. Certiorari denied.

No. 00–238. TREECE *v.* HOCHSTETLER ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–246. COHEN *v.* OFFICE DEPOT, INC. C. A. 11th Cir. Certiorari denied.

No. 00–278. CHANG *v.* FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.